IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAUN DAVID ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:16-cv-218 |
| | ) | Judge Kim R. Gibson/ |
| v. | ) | Chief Magistrate Judge Maureen P. Kelly |
| | ) | |
| LIEUTENANT GLASS, CORRECTIONAL | ) | LEAD CASE |
| OFFICER BOYER, SGT. SHANE RYEN, | ) | |
| C/O JOHN BURGH, C/O RANDOLPH | ) | Re: ECF No. 60 |
| STRICKLAND, C/O JEFFREY SHAFFER, | ) | |
| and C/O DONALD FARABAUGH, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| SHAUN DAVID ADAMS, | ) | |
| | ) | |
| Consolidated Plaintiff, | ) | Civil Action No. 3:16-cv-228 |
| | ) | Judge Kim R. Gibson/ |
| v. | ) | Chief Magistrate Judge Maureen P. Kelly |
| | ) | |
| LIEUTENANT GLASS, CORRECTIONAL | ) | MEMBER CASE |
| OFFICER BOYER, and JOHN DOES, | ) | |
| *Officers posted in the North Yard of SCI* | ) | |
| *Houtzdale on 11/01/14 at 1:00-2:30 pm*, | ) | |
| | ) | |
| Consolidated Defendants. | ) | |

## **ORDER**

AND NOW, this *13th* day of July, 2018, after Plaintiff Shaun David Adams ("Plaintiff") filed an action in the above-captioned case, and after a Motion for Summary Judgment was filed by Defendants, ECF No. 60, and after a Report and Recommendation was filed thereupon by the Chief United States Magistrate Judge, ECF No. 73, and upon consideration of the Objections filed by Plaintiff, ECF No. 79, and upon independent review of

the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment, ECF No. 60, is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

BY THE COURT:

Kim R. Gibson
United States District Judge

cc: The Honorable Maureen P. Kelly, Chief United States Magistrate Judge

Shaun David Adams
GW-1461
SCI Coal Township
1 Kelly Drive
Coal Township, PA 17866

All counsel of record via CM-ECF